# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CELLULAR 7, INC., ALVIN E.
KIMBLE, AND I. V. JEANSONNE

NO.   2020 CW 1187

VERSUS

NEW CINGULAR WIRELESS PCS,
LLC AND LOUISIANA RSA NO. 7
CELLULAR GENERAL PARTNERSHIP

**JULY 15, 2021**

---

In Re:   New   Cingular   Wireless   PCS,   LLC,   applying   for
supervisory   writs,   21st   Judicial   District   Court,
Parish of Tangipahoa, No. 2019-0003807.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT  DISMISSED.**  This  writ  application  is  dismissed
pursuant  to  relator's  motion  requesting  dismissal  of  the  writ
application.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT